IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. ORR | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:14-cv-403-HSO-JCG |
| SOCIAL SECURITY DISABILITY | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [7] of United States Magistrate Judge John C. Gargiulo, entered in this cause on March 3, 2015. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [7], the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of April, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE